NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

STEPHEN FRANK KARBAN, *Petitioner*.

No. 1 CA-CR 18-0483 PRPC
FILED 9-25-2018

---

Petition for Review from the Superior Court in Maricopa County
No. CR2005-011629-001
The Honorable Joan M. Sinclair, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Stephen Frank Karban, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Vice Chief Judge Peter B. Swann, and Judge David D. Weinzweig delivered the decision of the Court.

---

**PER CURIAM**:

¶1          Stephen Karban seeks review of the superior court's order dismissing his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is the petitioner's first successive petition.

¶2          Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).  It is the petitioner's burden to show that the superior court abused its discretion in denying the petition.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

¶3          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that the petitioner has not shown any abuse of discretion.

¶4          Accordingly, we grant review and deny relief.

